IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: ) Case 23-20288
Andrew G Boyle,
Debtor.

## MOTION FOR RELIEF FROM THE STAY

COMES NOW, Creditor Crown Point Apartments LLC ("Crown Point Apartments") in accordance with Local Bankruptcy Rule 4001 and requests the Court grant a stay relief motion and issue an Order granting Crown Point Apartments relief to file a forcible entry and detainer action against Debtor Andrew G Boyle ("Debtor"). In support of this Motion, Creditor states as follows:

1. Debtor is a current resident of the undersigned Crown Point Apartments pursuant to an expired lease dated May 23, 2022 and ending December 31, 2022 for the premises located at 3780 SW Park South Ct., Apt. 305, Topeka, Kansas 66609 (See Exhibit A).

2. Crown Point Apartments LLC was provided the Chapter 13 Plan of Andrew G Boyle ("Debtor") dated March 22, 2023, in which, Debtor elected to not assume any executory contracts or unexpired leases.

3. Since March 2023, Debtor has failed to make rental payments but continues to occupy the property.

4. As a result, Crown Point Apartments has incurred debts in the amount of $2,626.00 (See Exhibit B)

Without relief from the stay, Crown Point Apartments will be forced to continue to provide services without payments while Debtor continues to incur post-petition debts.

1

WHEREFORE, Creditor Crown Point Apartments LLC prays that its Motion for Relief from the Stay shall be granted and an Order be issued in accordance.

Respectfully submitted,

/s/ Charles E. Hill
Charles E. Hill, Bar No. 10631
202 N. Rock Rd. – OFFICE
Wichita, KS 67206
chill@crescentgroupllc.com
316-201-1004 Phone
316-776-5989 Fax
*Attorney for Creditor*
*Crown Point Apartments LLC*

Certificate of Service

I, Charles Hill, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF, a true and correct copy of the above and foregoing Motion for Relief from the Stay.

Dated this 16th day of May, 2023.

/s/ Charles E. Hill
Charles E. Hill, Bar No. 10631

2

Case 23-20288    Doc# 19    Filed 05/16/23    Page 2 of 2